CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jose Martin Bracamontes**<br>DOB: 1992; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>20-07206MJ |

Complaint for violation of Title 21, United States Code, Sections 841(a)(1) & 841(b)(1)(B)(vii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about March 7, 2020, at or near Nogales, in the District of Arizona, **Jose Martin Bracamontes** did knowingly and intentionally possess with intent to distribute 100 kilograms or more of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On March 7, 2020, at approximately 9:45 a.m., Border Patrol agents were tracking a group of suspected drug mules and observed fabric snagged and caught on some brush in the area of Nogales, Arizona. At approximately 10:00 a.m., an imaging sensor caught visual of a subject who was believed to be one of the drug mules being tracked by the ground agents. At approximately 10:19 a.m., camera operators obtained visual of a silver 1997 Ford F-150 pickup driving in the area just south of the airport in Nogales where the possible drug mule was seen by the imaging sensor. A camera tower obtained visual of the truck entering onto State Route 82 and heading westbound, just south of the airport in Nogales. An agent working in the area began observing traffic and saw the vehicle pass his location. The agent began to follow the 1997 Ford F-150, and it accelerated in speed in an attempt to create distance from his marked service vehicle. The agent activated his emergency lights and caught up to the vehicle. As the agent followed the vehicle, he noticed a tarp partially covering what appeared to be bundles of suspected marijuana in the truck bed. After the driver finally yielded to a stop, agents approached the vehicle and observed bundles of possible contraband in the bed of the truck in plain view. Some of the bundles were partially covered by a tarp. The driver of the vehicle was identified as Jose Martin BRACAMONTES. The agents searched the rest of the vehicle and discovered an additional bundle in the rear seat of the truck cabin. A representative sample of the contents of the bundles was field tested and yielded positive results for the characteristics of marijuana. The bundles of marijuana weighed 171.32 kilograms.

After waiving his *Miranda* rights, BRACAMONTES admitted he accepted a job picking up marijuana. BRACAMONTES said he was going to be paid between $1,800 and $2,000.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>KCH/am<br>AUTHORIZED AUSA *Kevin Hakala* | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>March 9, 2020 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54