MICHAEL BAILEY
United States Attorney
District of Arizona
ARTURO A. AGUILAR
Assistant U.S. Attorney
State Bar No. 018963
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: arturo.aguilar@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States America,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Jose Martin Bracamontes,<br><br>　　　　　Defendant. | CR<br>Mag No: 20-7206M<br><br>I N F O R M A T I O N<br><br>VIO: 21 U.S.C. § 846<br>　　(Conspiracy to Possess with Intent to Distribute Marijuana)<br><br>FELONY |

THE UNITED STATES ATTORNEY ALLEGES:

From a time unknown, to on or about March 7, 2020, at or near Nogales, Arizona, in the District of Arizona, Jose Martin Bracamontes did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown, to possess with intent to distribute 100 kilograms or more of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii).

All in violation of Title 21, United States Code, Section 846

　　　　　　　　　　　　　　　　　　　MICHAEL BAILEY
　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　District of Arizona

_____　　　　　_____
Date　　　　　　　　　　　　　　　Arturo Aguilar
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney